UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  CHAPTER 13
CASE:  13-29651-MER

FREDERICK WILSON DAVIS

    DEBTOR(s).

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files her Objection to Confirmation of Chapter 13 Plan and as grounds therefore states as follows:

1. Debtor's plan fails to fully provide for the priority claim of the IRS.  11 U.S.C. §§ 507(a)(8), 1322(a)(2), 1325(a)(1).

2. The Trustee cannot determine if Debtor's plan fully provides for the minimum distribution to Class 4 claims as required by the Form B22C, 11 U.S.C. § 1325(b)(3), or if Debtor is committing all of his projected disposable income to plan payments, 11 U.S.C. § 1325(b)(1)(B).

The Trustee requests that Debtor provide to the Trustee copies of all pay advices received between April 1, 2013 and October 31, 2014 inclusive and copies of Debtor's most recent pay advices showing year-to-date gross income and year-to-date deductions.

Additionally, Debtor should file an Amended Schedule I with the court to show his new employer and his current income.  An Amended Schedule I will also show whether Debtor is still working at the YMCA.

4. The Trustee reserves the right to report on the Debtor(s) payment history at the hearing on her Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

September 22, 2014

Respectfully submitted,

/s/ William R. Lambert
William R. Lambert #18882
Attorney for Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201
(303) 830-1971
(303) 830-1973 Fax

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Objection to Confirmation of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on September 22, 2014 addressed as follows:

Frederick Wilson Davis
PO Box 131
Eire, CO 80516-0131

Andrew Trexler
7887 E. Belleview Ave.
Ste. 1100
Englewood, CO 80111

/s/ William R. Lambert
Chapter 13 Trustee Staff Member