**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-29651 MER |
| FREDERICK WILSON DAVIS ) | |
| ) | Chapter 13 |
| Debtor. ) | |

## ORDER

THIS MATTER comes before the Court on Debtor's Certificate and Motion to Determine Notice, filed with the Court on September 26, 2014. The Court, being advised in the premises ORDERS that:

1. Confirmation of Debtor's chapter 13 plan filed August 25, 2014, (docket #54) is DENIED.

2. The hearing on confirmation currently scheduled for October 2, 2014, at 1:30 p.m. is VACATED.

3. The Debtor is ordered to file, on or before **October 8, 2014**, an amended Chapter 13 plan with a notice in substantial conformity with L.B.R. 3015-1.8 to the Chapter 13 Trustee, previous objectors, parties requesting notice, and any adversely affected parties which (a) establishes the deadline of **October 22, 2014**, for the filing of objections to confirmation; and (b) schedules a hearing regarding plan confirmation for **November 10, 2014, at 1:30 p.m.** in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado.

4. Failing to file the amended plan, notice and a certificate of service by the above date shall establish cause for dismissal of the within case. If the confirmation hearing involves a contested factual issue requiring the presentation of evidence, the hearing will be used as a status and scheduling conference at which time the Court will set dates for a final evidentiary hearing and for the exchange of witness and exhibit lists. If objections are filed to the Debtor's amended plan, the Debtors shall file a certificate and motion to determine notice, pursuant to Local Bankruptcy Rule 3015(g)  If no objections are received to the Debtor's amended Chapter 13 Plan, the Debtor shall file a verification in compliance with Local Bankruptcy Rule 3015(f). **Either a verification or a certificate and motion to determine notice must be filed on or before November 4, 2014.** If the verification or certificate and motion to determine notice is **timely** filed, the matter will be reviewed for and the hearing may be vacated. Absent the entry of the order confirming the plan or rescheduling the hearing, Debtor's counsel is required to appear at the confirmation hearing. If a telephonic appearance is allowed, the docket posted on the Court's website will include the call-in information.

DATED September 30, 2014.                BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court