## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>**Frederick Wilson Davis**<br><br>Movant(s):<br>**Molasses Creek Condominium Owners Association**<br><br>v.<br><br>Respondent(s):<br>**Frederick Wilson Davis** | **Case No. 13-29651-MER**<br>**Chapter 13** |

### ORDER ON STIPULATION FOR TRANSFER OF TITLE, POSSESSION, AND RELIEF FROM STAY

THIS MATTER came before the Court upon the Stipulation for Transfer of Title, Possession, and Relief from Stay of Debtor Frederick Wilson Davis, Creditor Molasses Creek Condominium Owners Association, and Sally Zeman as Chapter 13 Trustee. The Court has reviewed the Stipulation and finds that the parties have reached an agreement regarding relief from stay. The Court being apprised in the premises,

ORDERS that all terms of the Stipulation are hereby approved by the Court, that relief from the automatic stay is hereby lifted in order for Debtor Frederick Wilson Davis Creditor to transfer all of his right, title, and interest in and to the property that is the subject of said Stipulation to Creditor Molasses Creek Condominium Owners Association.

IT IS FURTHER ORDERED that the requirements of Fed.R.B.P. 4001(a)(3) have been waived.

Dated: __April 6, 2015__

BY THE COURT:

_____
United States Bankruptcy Judge

1