UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                       CASE NO:  13-29651MER  
FREDERICK WILSON DAVIS                 CHAPTER 13

Debtor

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee moves to dismiss this case based on the following:

1. The Debtor failed to make the payments required by the Plan.

   A. The Debtor, in the above captioned case, filed the Plan and proposed current monthly payments of $ 468.00 per month or variable payments.

   B. The Confirmation Order dated April 17, 2015 orders the Debtor to pay the current sum of $ 468.00 commencing thirty days after the case is filed.

   C. The total paid into the Plan through August 5, 2015, is $4,759.12 the last payment having been received by the Trustee on August 5, 2015.

   D. Payment of $1,403.94 is required to be current through August 2015.

   E. THE DEBTOR SHALL BE ACCOUNTABLE FOR ANY PAYMENTS WHICH BECOME DUE AFTER THE DATE OF THIS MOTION AND UP TO THE DATE OF THE MEETING WITH THE TRUSTEE.

2. The Debtor has failed to comply with the following Plan Provision:

3. The Debtor's failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

   WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. Section 1307.

Dated:  August 5, 2015                         By:  s/Sally J. Zeman  
                                                                         Sally J. Zeman #15319  
                                                                         Standing Chapter 13 Trustee  
                                                                         P.O. Box 1169  
                                                                         Denver, CO 80201  
                                                                         Phone:  (303) 830-1971  
                                                                         Fax:  (303) 830-1973

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO: 13-29651MER |
| FREDERICK WILSON DAVIS | CHAPTER 13 |

DEBTOR

## NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee has filed a Motion to Dismiss, due to the Debtor's failure to comply with the provisions of Chapter 13, Title 11, United States Code. A copy of the Motion, specifying the grounds for dismissal, is enclosed.

NOTICE IS ALSO GIVEN that, if the Debtor desires to resolve the Standing Chapter 13 Trustee's Motion by written agreement, then the Debtor must either **call the Trustee's office at 303-830-1971** no later than 7 days before the meeting date below, or meet with the Trustee at the following date and time:

| Location | Date & Time |
|---|---|
| 1888 Sherman Street<br>Suite 750<br>Denver, CO 80203 | August 24, 2015<br><br>12:30 – 2:00 PM |

NOTICE IS FURTHER GIVEN that, if the Debtor wishes to appear before the Court to dispute the facts set forth in the Trustee's Motion to Dismiss, the Debtor must file a written objection and request for a hearing with the Court at 721 19th St., Denver, Co 80202, on or before August 24, 2015, and serve a copy thereof on the undersigned. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

In the absence of either (a) a written agreement between the Debtor and the Standing Chapter 13 Trustee, or (b) a timely and substantiated objection and request for hearing by the Debtor, the undersigned may certify such facts to the Court and the Court may approve or grant the Standing Chapter 13 Trustee's Motion to Dismiss, without any further notice to the Debtor.

Dated: August 5, 2015                    By:    s/Sally J. Zeman
                                                 Sally J. Zeman # 15319
                                                 Standing Chapter 13 Trustee
                                                 P.O. Box 1169
                                                 Denver, CO 80201-1169
                                                 (303) 830-1971
                                                 Fax:  (303) 830-1973

CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Motion to Dismiss and the foregoing Notice were mailed, postage prepaid, in the U.S. mail on August 7, 2015, to the Debtor and to the Debtor's Attorney at the address shown:

FREDERICK WILSON DAVIS, PO BOX 131, ERIE, CO 80516-0131,
LAW OFFICE OF ANDREW S. TREXLER, PC 7887 E. BELLEVIEW AVE., SUITE 1100 ENGLEWOOD, CO 80111

s/Sally J. Zeman
Trustee's paralegal assigned to docket, P.O. Box 1169, Denver, CO 80201, 303-830-1971