UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

CHAPTER 13: 13-29651 MER

FREDERICK DAVIS

---

STATEMENT OF ARRANGEMENTS TO CURE DEFAULT AND/OR DEFICIENCY

---

Pursuant to the Standing Chapter 13 Trustee's Motion, the Debtor has contacted the Trustee and the following arrangements to cure the default and/or deficiency have been made:

PLAN PAYMENTS ARE $1403.94 IN ARREARS THROUGH AUGUST 2015.

The Debtor will pay $468.00 by AUGUST 31, 2015. The Debtor will pay $935.97 ($467.97 toward arrearage plus $468.00 regular payment) by or on SEPTEMBER 30, 2015 and pay $935.97 by OCTOBER 31, 2015 to be current with plan payments or the case will be dismissed. Regular payments resume NOVEMBER 2015.

---

AS A CONDITION OF THIS AGREEMENT REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

IN THE EVENT THE DEBTOR FAILS TO COMPLY WITH THE TERMS OF THE STATEMENT OF ARRANGEMENTS, THE TRUSTEE MAY IMMEDIATELY FILE A CERTIFICATION OF DEFAULT AND REQUEST FOR DISMISSAL OF CASE. CONTEMPORANEOUSLY WITH FILING, THE TRUSTEE WILL MAIL A COPY OF THE CERTIFICATION TO DEBTOR'S COUNSEL OR THE DEBTOR, PRO SE.

***The attorney's signature verifies that he/she has communicated with the Debtor regarding the Motion to Dismiss and this Statement of Arrangements.

_____  
Debtor

_____  
Debtor

_____  
***Attorney for Debtor

Sally J. Zeman, #15319  
Standing Chapter 13 Trustee

By: /s/Sally J. Zeman  
P.O. Box 1169  
Denver, CO 80201  
303-830-1971  
303-830-1973 FAX

Dated: 8/20/15

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Statement of Arrangements was hand delivered or placed in the U.S. Mail, postage pre-paid, to the Debtor and Debtor's attorney on 8/31/15.  
___KIM_____